United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                           Case No. 14-06601

GUZMAN SANCHEZ, ANGEL L.                        Chapter 13
                 Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 8/12/14                             AMENDED PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION              Filed by:    Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 235.00 x 3 = $ 705.00
$ 325.00 x 57 = $ 18,525.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 19,230.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 19,230.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,615.00

Signed: /s/ ANGEL L. GUZMAN SANCHEZ
           Debtor

           Joint Debtor

### II. DISBURSEMENT SCHEDULE    A.P.

A. ADEQUATE PROTECTION PAYMENTS OR   $ 125.00   First Bank
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR**    Cr. _____    Cr. _____
# **07101001-5019212**    # _____    # _____
$ 2,317.67    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK DE PR**    Cr. _____    Cr. _____
# **00738671366021**    # _____    # _____
$ 4,300.00    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
     BANCO POPULAR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements. 100 + 4.25 %

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor Moreno & Soltero Law Offices, LLC        Phone: _____

CHAPTER 13 PAYMENT PLAN

IN RE GUZMAN SANCHEZ, ANGEL L.                                              Case No. _____
                          Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

1) ATTORNEY'S FEES TO BE PAID AHEAD.

2) CAR MATURITY DATE IS JULY 2012. INSURANCE TO BE PROVIDED BY EASTERN AMERICA SINCE BEGINNING OF PLAN

3) TAX REFUND LANGUAGE:

ANY POST-PETITION INCOME FROM TAX RETURNS THAT THE DEBTOR/S BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THE PLAN IN ADDITION TO THE OFFERED BASE.

AFTER THE CONFIRMATION AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED IN SUCH INCREASE OF THE BASE AS THE AMOUNT OF THE TAX RETURN RECEIVED BY THE TRUSTEE.

THE AMOUNT THAT THE DEBTOR/S IS/ARE COMMITTING FROM HIS/HER/THEIR TAX RETURNS WOULD BE THE AMOUNT THAT THE COURT DETERMINES THAT WOULD NOT BE NECESSARY TO THE LIFE OR WELL BEING OF HIS/HER/THEIR DEPENDENTS.

THE DEBTOR/S WOULD AT EVERY OCCASION OR OCCURRENCE REQUEST THE COURT TO AUTHORIZE USE OF ANY AMOUNT OF TAX REFUND THAT NOT OFFERED TO THE PLAN AFTER JUSTIFYING ANY NECESSARY EXPENSE THAT WOULD ENTER AND AFFECT THE CONCEPT OF DISPOSABLE INCOME THAT IS THE BASE OF THE TAX REFUNDS.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CERTIFICATE OR SERVICE

**I hereby certify** that I electronically filed the foregoing with the clerk of the Court using the CM/ECF SYSTEM that will send notifications upon information and belief to the Chapter 13 Trustee of the Case, and the U.S. Trustee. We will serve by regular mail said motion to all creditors listed in the master list address of the Case knowing that they are not part of the CM ECF system.

In Carolina, Puerto Rico on August 12, 2014

MORENO & SOLTERO LAW OFFICES, LLC
/s/ROSANA MORENO RODRIGUEZ
ATTORNEY FOR DEBTOR
USDC #221903
P.O. BOX 679
TRUJILLO ALTO, PR 00977
PHONE: (787) 750-8160 / 8166
FAX: (787) 750-8243
PHONE: (787) 287-4116
EMAIL: rosana.moreno@morenoandmorenolaw.com

GUZMAN SANCHEZ, ANGEL L.
URB. VILLA FONTANA
KR-19 VIA 16
CAROLINA, PR 00983

FIRST BANK DE PR
PO BOX 9146
SAN JUAN, PR 00908

Moreno & Soltero Law Offices, LLC
P.O. BOX 679 TRUJILLO ALTO
TRUJILLO ALTO, PR 00977

GE CAPITAL RETAIL BANK
PEARLE VISION
PO BOX 103104
ROSWELL, GA 30076

BACK BOWL I LLC
2001 WESTARN AVE. STE 400
SEATTLE, WA 98121

GE CAPITAL RETAIL BANK
RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131-1605

BACK BOWL I LLC, SERIES B
2001 WESTERN AVE. SUITE 400
SEATTLE, WA 98121

HOME DEPOT CREDIT SERVICES
PO BOX 9055
DES MOINES, IA 50368

BANCO POPULAR DE PR
MORTGAGE SERVICING DIVISION
PO BOX 362708
SAN JUAN, PR 00936-2708

HSBC RETAIL SERVICES
BEST & BUY
PO BOX 49353
SAN JOSE, CA 95161-9353

CITICORP CREDIT SERVICES
CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64153

ISLAND FINANCE
BANKRUPTCY DEPARTMENT
PO BOX 195369
SAN JUAN, PR 00919-5369

DEPARTAMENTO DE HACIENDA
CAPITOL CENTER TORRE NORTE SUITE 1504
235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00918-1454

MIDLAND FUNDING
PO BOX 4457
HOUSTON, TX 77210-4457

DEPARTAMENTO DE HACIENDA
CAPITOL CENTER TORRE NORTE SUITE 1504
235 AVE ARTERIAL HOSTOS
SAN JUAN, PR 00918-1454

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP
PO BOX 4457
HOUSTON, TX 77210-4457

DTOP
DIRECTORIA DE SERVICIOS AL CONDUCTOR
PO BOX 41243
SAN JUAN, PR 00940-1243

SAMS CLUB/GEMB
PO BOX 103104
ROSWELL, GA 30076

ECAST SETTLEMENT CORP
C/O BASS & ASSOCIATES
3936 E FT LOWELL SUITE 200
TUCSON, AZ 85712

SEARS
PO BOX 6283
SIOUX FALLS, SD 57117-6283